# United States District Court
**WESTERN DISTRICT OF WASHINGTON**

JUDGMENT IN A CIVIL CASE

SHERRY BOICE,

      v.                                        CASE NUMBER: C09-5340 RBL

PHONE DIRECTORIES COMPANY, INC.,
and PHONE DIRECTORIES COMPANY, L.P.,

[ √ ] **Decision by Court.** This action came under consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendants' Motion to Transfer or Dismiss Based on Improper Forum is hereby GRANTED, and the Court transfers this action to the U.S. District Court for the District of Utah, Central Division.

*DATED :* August 25, 2009

                                                   BRUCE RIFKIN
                                        *Clerk*

                                             /s/ Jean Boring
                                       *(By) Deputy Clerk*, Jean Boring